AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BOUDIN, MICHAEL (NMI) | U.S. COURT OF APPEALS, 1ST CIR | 07/20/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. CIRCUIT JUDGE - ACTIVE | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

U.S. COURTHOUSE
1 COURTHOUSE WAY, SUITE 7710
BOSTON, MASSACHUSETTS 02210

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Emeritus Member of the Council | American Law Institute |
| 2. | Trustee or Co-trustee | Trust #2 and Trust #3 |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | [N/A] | Vested pension plan account at former law firm, Covington & Burling |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Harvard Law School - teaching | $21,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Professorship at Harvard Law School |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Virgina | 02/23/2011 to 02/24/2011 | Charlottesville, VA | Lecture | Transportation, meals and lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOUDIN, MICHAEL (NMI) | 07/20/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Harvard University | Education loan | M |
| 2. | Bank of America | Mortgage Wellfleet, MA | M |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOUDIN, MICHAEL (NMI) | 07/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. C & B PENSION PLAN (see note 1) | G | Int./Div. | P1 | T | | | | | |
| 2. - Ranier Small/Mid cap Equity (Y) (see note 1) | | | | | | | | | |
| 3. - Morgan Stanley Inst. Mid Cap Growth (X) (see note 1) | | | | | | | | | |
| 4. - Schwab Stable Value Instl Class II | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. TIAA-CREF RETIREMENT PLAN (see note 2) | C | Int./Div. | L | T | | | | | |
| 7. - TIAA Traditional | | | | | | | | | |
| 8. - CREF Stock | | | | | | | | | |
| 9. - T-C Lfcyle. Idx. 2010-Inst. (X) (see note 2) | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. Vanguard Target Retirement 2005 Account | A | Int./Div. | J | T | | | | | |
| 12. Bank of America Cash Account Boston, MA | A | Interest | M | T | | | | | |
| 13. TD BankNorth Cash Account Orleans, MA | A | Interest | M | T | | | | | |
| 14. | | | | | | | | | |
| 15. UBS FINANCIAL SERVICES, INC. (UBS) | | | | | | | | | |
| 16. RMA Government Portfolio (UBS) | A | Dividend | N | T | | | | | |
| 17. Prudential Muni Fund (UBS) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOUDIN, MICHAEL (NMI) | 07/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. UBS US Allocation Fund C (UBS) | B | Dividend | M | T | | | | | |
| 19. UBS Bank USA deposit account (UBS) | A | Interest | M | T | | | | | |
| 20. | | | | | | | | | |
| 21. MORGAN STANLEY (MS) | | | | | | | | | |
| 22. Standard & Poor's Dep. Recpts (MS) | C | Dividend | | | Sold | 11/03/11 | M | E | |
| 23. Active Assets Tax Free Trust Account (cash equiv.) (MS) | A | Interest | O | T | | | | | |
| 24. Sentinel Short Maturity Gov't (MS) | B | Dividend | M | T | | | | | |
| 25. MFS Investors Growth ST (MS) | A | Dividend | K | T | | | | | |
| 26. Legg Mason WA MGD Muni (MS) | B | Interest | M | T | Buy | 11/03/11 | M | | |
| 27. Massachusetts State Bonds (12) (MS) | B | Interest | | | Redeemed (part) | 06/03/11 | K | A | |
| 28. Massachusetts State Bonds (12) (MS) | B | Interest | | | Redeemed | 10/17/11 | K | A | |
| 29. Davis New York Venture (MS) | A | Dividend | | | Sold | 11/03/11 | M | E | |
| 30. Oppenheimer LTD Term Munic | D | Dividend | M | T | | | | | |
| 31. Virginia Beach, VA Bonds (18) (MS) | C | Interest | L | T | | | | | |
| 32. | | | | | | | | | |
| 33. HARVARD&UPENN RETIREMENT PLANS at TIAA-CREF(S)(see note 3) | F | Int./Div. | P1 | T | | | | | |
| 34. - TIAA Traditional Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOUDIN, MICHAEL (NMI) | 07/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - CREF Stock | | | | | | | | | |
| 36. - CREF Global | | | | | | | | | |
| 37. - CREF Growth (X) (see note 3) | | | | | | | | | |
| 38. - TIAA Real Estate (X) (see note 3) | | | | | | | | | |
| 39. - CREF Money Market (X) (see note 3) | | | | | | | | | |
| 40. | | | | | | | | | |
| 41. HARVARD RETIREMENT PLAN at VANGUARD (see note 4) | D | Dividend | N | T | | | | | |
| 42. -Index 500 Fund (Y) (see note 4) | | | | | | | | | |
| 43. -Windsor Fund (Y) (see note 4) | | | | | | | | | |
| 44. -Windsor II Fund (Y) (see note 4) | | | | | | | | | |
| 45. -Vanguard Target Retirement 2010 (X) (see note 4) | | | | | Redeemed (part) | 11/01/11 | M | | |
| 46. -Vanguard Target Retirement 2010 (X) (see note 4) | | | | | Redeemed (part) | 11/15/11 | M | | |
| 47. | | | | | | | | | |
| 48. VANGUARD ROLLOVER IRA | D | Dividend | N | T | | | | | |
| 49. -Prime Money Mkt Fund VMMXX | | | | | Buy | 11/01/11 | M | | |
| 50. -Prime Money Mkt Fund VMMXX | | | | | Buy (add'l) | 11/15/11 | M | | |
| 51. -Prime Money Mkt Fund VMMXX | | | | | Distributed (part) | 11/04/11 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOUDIN, MICHAEL (NMI) | 07/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Prime Money Mkt Fund VMMXX | | | | | Distributed (part) | 11/22/11 | M | | |
| 53. -Prime Money Mkt Fund VMMXX | | | | | Distributed (part) | 12/01/11 | K | | |
| 54. -Prime Money Mkt Fund VMMXX | | | | | Distributed (part) | 12/02/11 | L | | |
| 55. -Dividend Growth Fund VDIGX | | | | | Buy | 11/01/11 | L | | |
| 56. -Emerging Mkts Stk Idx Adm VEMAX | | | | | Buy | 12/01/11 | K | | |
| 57. -Equity Income Fund Adm VEIRX | | | | | Buy | 11/22/11 | L | | |
| 58. -Mid-Cap Index Fund Adm VIMAX | | | | | Buy | 11/01/11 | L | | |
| 59. -Matthews Asian Div FD MAPIX | | | | | Buy | 11/04/11 | L | | |
| 60. -Matthews Asian Div FD MAPIX | | | | | Buy (add'l) | 12/02/11 | K | | |
| 61. -Matthews China FD INV CL MCHFX | | | | | Buy | 11/04/11 | K | | |
| 62. -Matthews China FD INV CL MCHFX | | | | | Buy (add'l) | 12/02/11 | K | | |
| 63. | | | | | | | | | |
| 64. HARVARD RETIREMENT PLANS at FIDELITY (see note 5) | A | Dividend | K | T | | | | | |
| 65. -Magellan Fund ) (Y) (see note 5) | | | | | | | | | |
| 66. -Income Fund | | | | | Sold | 02/18/11 | K | | |
| 67. -Growth and Income Fund | | | | | Sold | 02/18/11 | K | | |
| 68. -Fidelity FID Frdm Indx 2010 W ( | | | | | Buy | 02/18/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOUDIN, MICHAEL (NMI) | 07/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Fidelity FID Frdm Indx 2010 W | | | | | Sold (part) | 12/06/11 | K | | |
| 70. -Fidelity Cash Reserves (FDRXX) | | | | | Buy | 12/06/11 | K | | |
| 71. | | | | | | | | | |
| 72. DWS (Scudder) Cash Investment Trust MMF | A | Dividend | J | T | | | | | |
| 73. BankAmerica Cash Account, Boston, MA | A | Interest | K | T | | | | | |
| 74. Bank of Hawaii Cash Account | A | Interest | J | T | | | | | |
| 75. | | | | | | | | | |
| 76. Rental House, Wellfleet, MA | E | Rent | P1 | W | | | | | |
| 77. , Wellfleet, MA rent house) | D | Rent | P1 | W | | | | | |
| 78. Kauai, Hawaii, land | D | Rent | O | W | | | | | |
| 79. Rental House, Cambridge, MA | D | Rent | O | W | | | | | |
| 80. | | | | | | | | | |
| 81. MERRILL LYNCH | | | | | | | | | |
| 82. General Electric stock | A | Dividend | J | T | | | | | |
| 83. CMA Money fund | A | Dividend | J | T | | | | | |
| 84. | | | | | | | | | |
| 85. TRUST #2 | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,000 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOUDIN, MICHAEL (NMI) | 07/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - UBS US Allocation Fund Class C | | | | | | | | | |
| 87. - RMA Government Portfolio | | | | | | | | | |
| 88. | | | | | | | | | |
| 89. TRUST #3 | A | Dividend | O | T | | | | | |
| 90. -RMA Govrenment Portfolio | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

MICHAEL BOUDIN
NOTES FOR PART VII - Investments and Trusts

Note 1: C&B PENSION PLAN: My Covington & Burling and TIAA-CREF retirement plans involve tax-deferred income which is not fully calculated. I have therefore estimated "income" at 5% of year-end asset value. Morgan Stanley Inst. Mid Cap Growth is substituted for Rainier Small/Mid Cap Equity during the 4th quarter of 2011. Charles Schwab which manages the C&B Pension Plan shifted the funds formerly held in Rainer fund to the Morgan Stanley fund.

Note 2. TIAA-CREF RETIREMENT PLAN: T-C Lfcyle. Idx. 2010-Inst.: This new category of asset appears for the first time on the TIAA-CREF 3rd quarter statement in 2011 as "employer contribution".

Note 3: HARVARD & UPENN RETIREMENT PLANS at TIAA-CREF ▢ : The plans invest all assets in TIAA and CREF Annuities. CREF Growth, TIAA Real Estate and CREF Money Market are not new assets; they are 3 additional TIAA CREF asset class funds contained within the TIAA and CREF annuities that were inadvertently not broken out on prior reports.

Note 4: HARVARD RETIREMENT PLANS at VANGUARD ▢ : The Vanguard Target Retirement 2010 is not a new asset. Asset transfers within the Harvard Retirement Plans at Vanguard were inadvertently not reported on prior year reports. In 2010 all the assets within the Vanguard 500 Index Fund, Vanguard Windsor Fund and the Vanguard Windsor II Fund were transferred into the The Vanguard Target Retirement 2010. In addition, in 2010 all the assets within the Vanguard Growth and Income Fund and Vanguard Selected Value Fund were transferred into the The Vanguard Target Retirement 2010. The Vanguard Growth and Income Fund and Vanguard Selected Value Fund contained assets that were inadvertently not reported on prior year reports. As of 1/1/2011 the only asset was the Vanguard Target Retirement 2010.

Note 5: HARVARD RETIREMENT PLANS at FIDELITY ▢ : Magellan Fund ▢ was inadvertantly carried forward on prior year reports. The Magellan Fund was sold on May 8, 1997 for $9,996 in proceeds with a $1,025 gain on sale.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ MICHAEL (NMI) BOUDIN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544